**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 15-27941-PGH
CHAPTER 7

ELIZABETH WARD ONORI,

Debtor.

_____/

## AGREED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO EXEMPTIONS AND/OR OBJECTIONS TO DISCHARGE

COMES NOW, the Trustee, Margaret Smith, by and through undersigned counsel and hereby files this Agreed Motion for Extension of Time to File Objections to Exemptions and/or Objections to Discharge, and would state as follows:

1.      The deadline to object to Debtor's claimed exemptions is January 6, 2016.

2.      The deadline to object to Debtor's discharge is January 11, 2016.

3.      The Trustee has rescheduled the deposition of the Debtor.

4.      The Trustee and Debtor have agreed to an extension to February 10, 2016 within which the Trustee may object to Debtor's claimed exemptions and/or discharge.

5.      It is in the best interest of the Estate that this Court grant the Trustee's agreed extension.

WHEREFORE, Trustee, Margaret Smith, hereby requests this Court grant him an extension within which to file objections to exemptions and/or objections to discharge through and including February 10, 2016.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically where available or by regular mail to all those enumerated on the attached list this 29th day of December, 2015.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
Attorneys for Trustee
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200

BY:_____/s/_____
     JORDAN L. RAPPAPORT, ESQ.
     FL Bar No. 108022

SERVICE LIST:

Jacqueline E Cannavan    jecannavanpa@gmail.com
•Samantha Carr    sacarr@logs.com, electronicbankruptcynotices@logs.com
• Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
•Margaret J. Smith    msmith@glassratner.com,
FL32@ecfcbis.com;msams@glassratner.com;mjs@trustesolutions.net