UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No. 15-27941-BKC-PGH

**Elizabeth Ward Onori,**
                                                              Chapter 7

            Debtor
_____/

**TRUSTEE'S OBJECTION TO CLAIM NO. 8
FILED BY MARION COUNTY TAX COLLECTOR,
CLAIM NO. 9 FILED BY MARION COUNTY TAX COLLECTOR,
CLAIM NO. 10 FILED BY MARION COUNTY TAX COLLECTOR,
CLAIM NO. 11 FILED BY MULTIBANK 2009-1-RES-ADC VENTURE, LLC &
CLAIM NO. 12 FILED BY MULTIBANK 2009-1-RES-ADC VENTURE, LLC**

> IMPORTANT NOTICE TO CREDITORS:
> THIS IS AN OBJECTION TO YOUR CLAIM
>
> This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.
>
> If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.
>
> Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, 1515 N. Flagler Drive, 8th Floor, West Palm Beach, FL 33401.

Pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, the Trustee objects to the following claim(s) filed in this case:

| Claim # | Claimant | Amount & Priority Claimed | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 8 | Marion County Tax Collector, Attn: Legal | $2,270.11 Secured | This claim was filed as secured, but the claimant's collateral was not administered by the trustee. The Trustee filed Trustee's Notice of Intent to |

| | | | |
|---|---|---|---|
| | Department, PO Box 970, Ocala, FL  34478-0970 | | Abandon 4165 Torres Circle, West Palm Beach, FL; Empty lot - Sec 07, Twp 15, Rge 18, Plat Book G, Page 059, Rainbow Estates, Lot 16, Acres.2400, Marion County, Account #R1814-021-016; Empty lot - Sec 7, Twp 17, Rge 21, Plat Book O, Page 194, Marion Lakes, Unit 10, Lot 12, Acres.2300, Marion County, Account #R1804-004-041; Empty Lot 1 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 29, Acres.2300, Marion County, Account #R2003-122-029; Empty Lot 3 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 31, Acres.2300, Marion County, Account #R2003-122-031; Empty Lot 4 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 32, Acres.2300, Marion County, Account #R2003-122-032 and Empty Lot - Sec 24, Twp 17, Rge 21, Plat Book D, Page 036, Marion Oaks, Unit 3, Lot 1, Acres.2600, Marion County, Account #R8003-0364-01 on April 20, 2016 (DE 42).  This objection is being filed such that the Trustee is requesting that the Court disallow the claim in its entirety.  Further, if any amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim. |
| 9 | Marion County Tax Collector, Attn:  Legal Department, PO Box 970, Ocala, FL  34478-0970 | $1,497.09 Secured | This claim was filed as secured, but the claimant's collateral was not administered by the trustee. The Trustee filed Trustee's Notice of Intent to Abandon 4165 Torres Circle, West Palm Beach, FL; Empty lot - Sec 07, Twp 15, Rge 18, Plat Book G, Page 059, Rainbow Estates, Lot 16, Acres.2400, Marion County, Account #R1814-021-016; Empty lot - Sec 7, Twp 17, Rge 21, Plat Book O, Page 194, Marion Lakes, Unit 10, Lot 12, Acres.2300, Marion County, Account #R1804-004-041; Empty Lot 1 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 29, Acres.2300, Marion County, Account #R2003-122-029; Empty Lot 3 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 31, Acres.2300, Marion County, Account #R2003-122-031; |

|  |  |  | Empty Lot 4 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 32, Acres.2300, Marion County, Account #R2003-122-032 and Empty Lot - Sec 24, Twp 17, Rge 21, Plat Book D, Page 036, Marion Oaks, Unit 3, Lot 1, Acres.2600, Marion County, Account #R8003-0364-01 on April 20, 2016 (DE 42).  This objection is being filed such that the Trustee is requesting that the Court disallow the claim in its entirety.  Further, if any amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim. |
|---|---|---|---|
| 10 | Marion County Tax Collector, Attn: Legal Department, PO Box 970, Ocala, FL  34478-0970 | $1,497.09 Secured | This claim was filed as secured, but the claimant's collateral was not administered by the trustee. The Trustee filed Trustee's Notice of Intent to Abandon 4165 Torres Circle, West Palm Beach, FL; Empty lot - Sec 07, Twp 15, Rge 18, Plat Book G, Page 059, Rainbow Estates, Lot 16, Acres.2400, Marion County, Account #R1814-021-016; Empty lot - Sec 7, Twp 17, Rge 21, Plat Book O, Page 194, Marion Lakes, Unit 10, Lot 12, Acres.2300, Marion County, Account #R1804-004-041; Empty Lot 1 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 29, Acres.2300, Marion County, Account #R2003-122-029; Empty Lot 3 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 31, Acres.2300, Marion County, Account #R2003-122-031; Empty Lot 4 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 32, Acres.2300, Marion County, Account #R2003-122-032 and Empty Lot - Sec 24, Twp 17, Rge 21, Plat Book D, Page 036, Marion Oaks, Unit 3, Lot 1, Acres.2600, Marion County, Account #R8003-0364-01 on April 20, 2016 (DE 42).  This objection is being filed such that the Trustee is requesting that the Court disallow the claim in its entirety.  Further, if any amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is |

| | | | filed before or after an order is entered by the Court disallowing the claim. |
|---|---|---|---|
| 11 | MultiBank 2009-1-RES-ADC Venture, LLC, Quantum Servicing Corp., Attn: BK Dept., 6302 E. Dr. MLK Blvd., Suite 310, Tampa, FL  33619 | $69,281.08 Secured | This claim was filed as secured by real estate but does not specify which piece of property is encumbered.  All real properties listed on the Debtor's Bankruptcy Schedules have been abandoned by the Trustee by Trustee's Notice of Intent to Abandon 4165 Torres Circle, West Palm Beach, FL; Empty lot - Sec 07, Twp 15, Rge 18, Plat Book G, Page 059, Rainbow Estates, Lot 16, Acres.2400, Marion County, Account #R1814-021-016; Empty lot - Sec 7, Twp 17, Rge 21, Plat Book O, Page 194, Marion Lakes, Unit 10, Lot 12, Acres.2300, Marion County, Account #R1804-004-041; Empty Lot 1 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 29, Acres.2300, Marion County, Account #R2003-122-029; Empty Lot 3 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 31, Acres.2300, Marion County, Account #R2003-122-031; Empty Lot 4 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 32, Acres.2300, Marion County, Account #R2003-122-032 and Empty Lot - Sec 24, Twp 17, Rge 21, Plat Book D, Page 036, Marion Oaks, Unit 3, Lot 1, Acres.2600, Marion County, Account #R8003-0364-01 on April 20, 2016 (DE 42) and This claim was filed as secured, but the claimant's collateral was not administered by the trustee.  The Trustee filed Trustee's Notice of Intent to Abandon Empty Lot 2 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 30, Acres.2300, Marion County, Account #R2003-122-030 and Empty lot - Sec 33, Twp 15, Rge 18, Plat Book F, Page 139 Rainbow Lakes Estates Sec C, Blk 4, Lot 41, Acres.2600, Marion County, Account #R1804-004-041 (DE 44) on June 8, 2016.  This objection is being filed such that the Trustee is requesting that the Court disallow the claim in its entirety.  Further, if any amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim.  This |

| | | | |
|---|---|---|---|
| | | | objection is being filed such that the Trustee is requesting that the Court disallow the claim in its entirety.  Further, if any amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim. |
| 12 | MultiBank 2009-1-RES-ADC Venture, LLC, Quantum Servicing Corp., Attn:  BK Dept., 6302 E. Dr. MLK Blvd., Suite 310, Tampa, FL  33619 | $41,905.56 Secured | This claim was filed as secured by real estate but the claimant's collateral was not administered by the trustee.  The Trustee filed Trustee by Trustee's Notice of Intent to Abandon 4165 Torres Circle, West Palm Beach, FL; Empty lot - Sec 07, Twp 15, Rge 18, Plat Book G, Page 059, Rainbow Estates, Lot 16, Acres.2400, Marion County, Account #R1814-021-016; Empty lot - Sec 7, Twp 17, Rge 21, Plat Book O, Page 194, Marion Lakes, Unit 10, Lot 12, Acres.2300, Marion County, Account #R1804-004-041; Empty Lot 1 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 29, Acres.2300, Marion County, Account #R2003-122-029; Empty Lot 3 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 31, Acres.2300, Marion County, Account #R2003-122-031; Empty Lot 4 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 32, Acres.2300, Marion County, Account #R2003-122-032 and Empty Lot - Sec 24, Twp 17, Rge 21, Plat Book D, Page 036, Marion Oaks, Unit 3, Lot 1, Acres.2600, Marion County, Account #R8003-0364-01 on April 20, 2016 (DE 42) and This claim was filed as secured, but the claimant's collateral was not administered by the trustee. The Trustee filed Trustee's Notice of Intent to Abandon Empty Lot 2 of 4 - Section 35, Twp 15, Rge 19, Plat Book G, Page 034, Rainbow Park, Unit 3, Lot 30, Acres.2300, Marion County, Account #R2003-122-030 and Empty lot - Sec 33, Twp 15, Rge 18, Plat Book F, Page 139 Rainbow Lakes Estates Sec C, Blk 4, Lot 41, Acres.2600, Marion County, Account #R1804-004-041 (DE 44) on June 8, 2016.  This objection is being filed such that the Trustee is requesting that the Court disallow the claim in its entirety.  Further, if any |

|  |  |  | amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim.  This objection is being filed such that the Trustee is requesting that the Court disallow the claim in its entirety.  Further, if any amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim. |

I HEREBY CERTIFY that a copy of this Objection was mailed this 8th day of June, 2016 to: Marion County Tax Collector, Attn: Legal Department, PO Box 970, Ocala, FL 34478-0970 and MultiBank 2009-1-RES-ADC Venture, LLC, Quantum Servicing Corp., Attn: BK Dept., 6302 E. Dr. MLK Blvd., Suite 310, Tampa, FL 33619. A copy is being served electronically upon the trustee and the U.S. Trustee's Office through the CM/ECF system.

By:  /s/Margaret J. Smith

MARGARET J. SMITH, TRUSTEE
1400 Centrepark Blvd., Suite 860
West Palm Beach, FL 33401
Telephone: (561) 721-0312
Email: msmith@mjstrustee.com